IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| NIKOLAI LUKAS | : | VIOLATIONS: |
| a/k/a "JL2" | | 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) |
| | : | (conspiracy to distribute controlled |
| | | substances – 1 count) |
| | : | Notice of Forfeiture |

I N D I C T M E N T

COUNT ONE

THE GRAND JURY CHARGES THAT:

From in or about June 2020 through on or about July 16, 2021, in Aston and

Philadelphia, in the Eastern District of Pennsylvania, and in San Diego and San Ysidro, in the

Southern District of California, and elsewhere, defendant

NIKOLAI LUKAS,
a/k/a "JL2,"

conspired and agreed, with persons known to the grand jury as "D.J.," charged elsewhere, and

"F.M.," charged elsewhere, and others known and unknown to the grand jury, to distribute 50

grams or more of methamphetamine, and 500 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, Schedule II controlled substances, in

violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

MANNER AND MEANS

It was part of the conspiracy that:

1.      Defendant NIKOLAI LUKAS helped supply a large-scale drug trafficking

group ("DTG") that operated principally through the dark web. The dark web, or dark net, is the

part of the world wide web, only accessible by means of special software, that allows users and website operators to remain anonymous or untraceable. Because the dark web is not indexed by search engines, special configurations and authorizations are required to access data. Utilizing the dark web, defendant LUKAS distributed large quantities of controlled substances throughout the United States including methamphetamine, cocaine and other controlled substances, by shipping these drugs, and aiding and abetting the shipping of these drugs, to various buyers after receiving orders from co-conspirator D.J., and being supplied methamphetamine and other drugs from co-conspirator F.M.

2.    Defendant NIKOLAI LUKAS, and others, utilized stash houses where they stored and packaged methamphetamine. Specifically, the DTG used the addresses of 1597 Citrus Way, Chula Vista, CA 91911 and 335 Mesa Avenue, San Ysidro, California 92173. Co-conspirator F.M. and others packaged methamphetamine and shipped the drugs using the United States Postal Service to buyers around the United States, including shipping to the Eastern District of Pennsylvania.

3.    Defendant LUKAS communicated with D.J. through the dark web and encrypted email in order to take orders. LUKAS then paid for and printed shipping labels and directed F.M. where to send the drugs.

4.    Members of the DTG routinely utilized encrypted email services such as "Tutanota," which is a free end-to-end encrypted email software, mobile cellular telephones, and encrypted communication applications, such as 'Text Now," to discuss, coordinate, and complete drug trafficking transactions and operations in concert with one another.  In an attempt to avoid detection and to compartmentalize their drug trafficking business, the members of the conspiracy

2

regularly used encrypted software including "TAILS." The DTG also used laptop computers in order to operate this clandestine operating system.

5.     The DTG advertised their drugs on various markets on the dark web. A market is a location on the dark web where vendors can post, advertise, and sell various illegal items and substances. The DTG had known pages and monikers including the pages Versus, Yellow Brick, and White House, and the monikers Shardnazi, JL2, Ezrider, and Realdeal.

6.     Members of the DTG used coded language to refer to drugs, drug amounts, and drug packaging. For example, members of the DTG referred to methamphetamine as "ice."

7.     Members of the DTG, including co-conspirators F.M. and D.J., carried, used, possessed, and stored loaded firearms, and had firearms available in hidden locations, including stash houses, to further their drug trafficking activities.

8.     Members of the DTG listed fake return addresses, also known as drop addresses, on parcels that were shipped out, in order to conceal the true location and origin of the shipments.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its objects, the defendant NIKOLAI LUKAS and others known and unknown to the grand jury, committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

1.     On or about June 29, 2020, basismskister69@tutanota.com, a moniker used and controlled by Person #1, charged elsewhere, sent an email to shardnazi@keemail.me, a moniker used and controlled by D.J. Person #1 stated, "Money sent. You should receive shortly. I look forward to building a relationship together."

3

2.     On or about June 30, 2020, ezrider@keemail.me, a moniker used and controlled by D.J., sent an email to Jl2@tutanota.com, a moniker used and controlled by defendant NIKOLAI LUKAS, stating that two pounds of methamphetamine should be sent to Person #1.

3.     On or about June 30, 2020, defendant NIKOLAI LUKAS, F.M., and others unknown to the grand jury, caused approximately two pounds of a mixture and substance containing a detectable amount of methamphetamine to be shipped from San Diego, in the Southern District of California, to an address controlled by Person #1 in the Eastern District of Pennsylvania.

4.     On or about July 3, 2020, the approximately two pounds of a mixture and substance containing a detectable amount of methamphetamine was delivered by the United States Postal Service to Person #1 in the Eastern District of Pennsylvania.

5.     On or about July 14, 2020, basismskister69@tutanota.com, a moniker used and controlled by Person #1, sent an email to shardnazi@keemail.me, a moniker used and controlled by D.J., in which Person #1 ordered two more pounds of methamphetamine.

6.     On or about July 17, 2020 ezrider@keemail.me, a moniker used and controlled by D.J., sent an email to Jl2@tutanota.com, a moniker used and controlled by defendant NIKOLAI LUKAS, and stated that two pounds of methamphetamine should be sent to Person #1.

7.     On or about July 18, 2020, defendant NIKOLAI LUKAS, F.M., and others unknown to the grand jury, caused approximately two pounds of a mixture and substance containing a detectable amount of methamphetamine, to be shipped from San Diego, in the

4

Southern District of California, to an address controlled by Person #1 in the Eastern District of Pennsylvania.

8.      On or about July 21, 2020, approximately two pounds of a mixture and substance containing a detectable amount of methamphetamine was delivered by the United States Postal Service to Person #1 in the Eastern District of Pennsylvania.

9.      On or about August 13, 2020, inside the DTG's packaging and distribution house at 1597 Citrus Way, Chula Vista, CA 9191, defendant NIKOLAI LUKAS and F.M. possessed with the intent to distribute approximately 11 kilograms of methamphetamine. In furtherance of the DTG's drug trafficking activities, defendant F.M. also possessed firearms, specifically: one Stein style firearm, 9mm semi-automatic pistol, with serial number D77530, along with three magazines; one Glock model 43, 9mm semi-automatic pistol, which had no discernible serial number, with 2 magazines; and an AR-15, 9mm semi-automatic rifle, which had no discernible serial number, and a silencer. Additionally, defendant LUKAS and F.M. possessed a pill press machine which was used to manufacture and distribute opioids. Defendant LUKAS and F.M. also possessed approximately $486,410 in U.S. currency, which constituted proceeds of their narcotics trafficking.

10.     On or about August 13, 202]0, Jl2@tutanota.com, a moniker used and controlled by defendant NIKOLAI LUKAS, sent an email to, ezrider@keemail.me, a moniker used and controlled by D.J., stating, "Bad news bro. Ice cream man got rolled up. I can prob source from another guy but ima lay low for a bit. I can still get some coke might do that on the low for a bit."

11.     On November 25, 2020, Jl2@tutanota.com, a moniker used and controlled by defendant NIKOLAI LUKAS, sent an email to, ezrider@keemail.me, a moniker used and

controlled by D.J., stating, "After the current 4 lbs. I'm gonna get a sample from ice cream man. Yep u kno the one lol."

   12. On or about February 22, 2021, defendant NIKOLAI LUKAS and F.M. distributed approximately 283.2 grams of methamphetamine, using three parcels sent through the United States Postal Service. Approximately 91.6 grams of methamphetamine was shipped to an address in the Eastern District of Pennsylvania, approximately 96.6 grams of methamphetamine was shipped to a different address in the Eastern District of Pennsylvania, and approximately 95 grams of methamphetamine was shipped to an address in the District of Minnesota. The parcels were shipped from San Diego in the Southern District of California. LUKAS provided Bitcoin wallet as a source for payment 1G2jpp4CAKkz4pzz3x3UWEXDPkDouFBAKt. The amount of Bitcoin paid to 1G2jpp4CAKkz4pzz3x3UWEXDPkDouFBAKt was approximately 0.053044 (approximately $2,606.70) on February 24, 2021. On February 25, 2021, a portion of that Bitcoin was transferred to an account belonging to defendant F.M. at Coinbase by wallet 1G2jpp4CAKkz4pzz3x3UWEXDPkDouFBAKt. That amount was 0.02587 Bitcoin (approximately $1,309.02).

   13. On or about March 5, 2021, Jl2@tutanota.com, a moniker used and controlled by defendant NIKOLAI LUKAS, sent an email to, ezrider@keemail.me, stating, "Yup I fucked up. Did 3 qps instead of qp qp half o. So stupid. That's what I get for rushing."

   14. On or about March 18, 2021, defendant NIKOLAI LUKAS and F.M. distributed approximately 205.4 grams of methamphetamine, using two parcels sent through the United States Postal Service. Approximately 105.9 grams of methamphetamine was shipped to an address in the Eastern District of Pennsylvania and approximately 99.5 grams of methamphetamine was shipped to an address in the Northern District of Texas. The parcels were

shipped from San Diego in the Southern District of California. LUKAS provided Bitcoin wallet as a source for payment 1QJudHg7dpog2QtSFmJ2QkKG9AnyfDoFie. The amount of Bitcoin paid to 1QJudHg7dpog2QtSFmJ2QkKG9AnyfDoFie was approximately 0.041916 Bitcoin (approximately $2,436.95) on March 18, 2021. On March 18, 2021, a portion of that Bitcoin was transferred to an account belonging to defendant F.M. at Coinbase by wallet 1QJudHg7dpog2QtSFmJ2QkKG9AnyfDoFie. That amount was 0.020874 Bitcoin (approximately $1,237.14).

15.     On or about May 17, 2021, defendant NIKOLAI LUKAS and F.M. distributed approximately 217.6 grams of methamphetamine, using two parcels sent through the United States Postal Service. Approximately 107.1 grams of methamphetamine was shipped to an address in the Eastern District of Pennsylvania, and approximately 110.5 grams of methamphetamine was shipped to an address in the Southern District of Florida. The parcels were shipped from San Diego in the Southern District of California. LUKAS provided Bitcoin wallet as a source for payment 1Hpd3oq8p26kN3cu9ACAicwhb25t8Xu34C. The amount of Bitcoin paid to wallet 1Hpd3oq8p26kN3cu9ACAicwhb25t8Xu34C was approximately 0.054229 Bitcoin (approximately $2,360.68).

16.     On or about July 13, 2021, NIKOLAI LUKAS confirmed that he would distribute two .25-pound orders of methamphetamine to be sent to the Eastern District of Pennsylvania. LUKAS provided Bitcoin wallet as a source for payment 195UFoWoK9PNyfpbarD9qjsvGgurWnD5Rs. The amount of Bitcoin paid to wallet 195UFoWoK9PNyfpbarD9qjsvGgurWnD5Rs was approximately 0.074978 Bitcoin (approximately $2,450.00).

7

17. On or about July 16, 2021, inside the DTG's packaging and distribution location at 335 Mesa Avenue, San Ysidro, California 92173, defendant NIKOLAI LUKAS and F.M. possessed with the intent to distribute approximately 7,033 grams of methamphetamine. In furtherance of the DTG's drug trafficking activities, defendant F.M. knowingly possessed a firearm, that is, a Springfield Armory Model 1911 handgun, 9mm semi-automatic pistol, bearing serial number N452032, loaded with fourteen rounds of live ammunition, along with five magazines and two boxes of ammunition.

All in violation of Title 21, United States Code, Section 846.

8

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.    As a result of the violation of Title 21, United States Code, Section 846 and 841, set forth in this indictment, defendant

**NIKOLAI LUKAS,**
**a/k/a "JL2,"**

shall forfeit to the United States of America:

      a.    $486,410, and

      any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations; and

      b.    any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

      2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

9

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

/ᴘᴏʀ

**JACQUELINE C. ROMERO**
**United States Attorney**

10

No. _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

NIKOLAI LUKAS
a/k/a "JL2"

INFORMATION

Counts

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) (conspiracy to distribute controlled substances – 1 count)
Notice of Forfeiture



A true bill.

_____
Foreman

Filed in open court this 11 _____ day,
of October A.D. 20 2 3

Bail, $ _____